Form ntcinstl

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 23−11333
Chapter: 13
Judge: David D. Cleary

In Re:
   Portia Lyons
   5038 W 179th Street
   Country Club Hills, IL 60478

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9813

Employer Tax ID / Other nos.:

## NOTICE OF ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)*, the court orders that:

   The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

BY THE COURT

Dated: August 29, 2023

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court